UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AARON ADAM TRUJILLO, ) <br> ) <br> ) <br> Defendant. ) <br> ) | No. CR 10-0605 WHA <br><br> ORDER EXCLUDING TIME BETWEEN AUGUST 31, 2010 AND SEPTEMBER 28, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 31, 2010 and September 28, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 31, 2010 and September 28, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between August 31, 2010 and September 28, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 10, 2010.

_____
WILLIAM ALSUP
United States District Court Judge