UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AARON ADAM TRUJILLO, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-0605 WHA <br> CR 10-0608 WHA <br><br> STIPULATION AND [PROPOSED] <br> ORDER TO CONTINUE SENTENCING <br><br> Current Hearing Date: January 4, 2011 <br> Time: 2:00 p.m. <br><br> Proposed Hearing Date: January 11, 2011 <br> Time 2:00 p.m. |

The above-captioned case is currently scheduled for sentencing on January 4, 2011 at 2:00 p.m. Due to scheduling conflicts, the government requested a continuance of the scheduled hearing for sentencing to January 11, 2011 at 2:00 p.m. Counsel for the defendant and the United States Probation Officer have agreed to the proposed continuance.

This request is made pursuant to Criminal Local Rule 32-2. As of this date, the Final Presentence Report has not yet been filed and, good cause exists for the continuance of the sentencing hearing. Crim. L.R. 32-2(a) - (a)(1). Moreover, counsel for both parties and the probation officer have conferred and confirmed their availability on January 11, 2011 at 2:00

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 10-0605 WHA and 10-0608 WHA

p.m. Additionally, the Courtroom Deputy Clerk confirmed the Court's availability for January 11, 2011. Crim. L. R. 32-2(a)(2)-(3). A proposed order is attached hereto. Crim. L.R. 32-2(a)(4).

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: December 17, 2010          /s/
                        CYNTHIA M. FREY
                        Assistant United States Attorney

DATED: December 17, 2010          /s/
                        DANIEL BLANK
                        Attorney for AARON ADAM TRUJILLO

     For good cause shown and in accordance with Criminal Local Rule 32-2(a), the hearing for sentencing on these matters, now scheduled for January 4, 2011 at 2:00 p.m., is vacated. The hearing shall be continued to January 11, 2011, at 2:00 p.m. for sentencing.

IT IS SO ORDERED.

December 17, 2010.
DATED                                  HON. WILLIAM ALSUP
                                  United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 10-0605 WHA and 10-0608 WHA        2