IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AARON ADAM TRUJILLO,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 10-00605 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

Defendant, represented by counsel, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within **SEVENTY-FIVE DAYS** after the Section 2255 motion was filed why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

　　**IT IS SO ORDERED.**


Dated: May 26, 2016.　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE