1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5        FOR THE NORTHERN DISTRICT OF CALIFORNIA
6              SAN FRANCISCO DIVISION
7

8   UNITED STATES OF AMERICA,          **Case No.:** CR 10–605 WHA

9              Plaintiff,              **[PROPOSED] ORDER GRANTING**
                                       **MOTION TO WITHDRAW**
10         v.                          **RESPONSE AND WITHDRAW AS**
                                       **COUNSEL**
11  AARON ADAM TRUJILLO,
                                       **Court:**        Courtroom 8, 19th
12             Defendant.                               Floor

13

14        For good cause shown, the Office of the Federal Public Defender's Motion to Withdraw

15  Response and Withdraw as Counsel is GRANTED.  The Response filed on March 17, 2017 at

16  Docket 47 is withdrawn.  The Office of the Federal Public Defender is removed as counsel for

17  Mr. Trujillo.  The office is directed to locate new counsel for appointment.

18        New counsel shall have 30 days from the date of this order to file a response to the

19  government's Motion to Dismiss.

20

21        IT IS SO ORDERED.

22

23      May 16, 2017.                   _____
             Dated                      WILLIAM ALSUP
24                                       United States District Judge

25

26

27

28