Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
AARON ADAM TRUJILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-10-0605-WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISMISS |
| AARON ADAM TRUJILLO, | ) | |
| Defendant. | ) | |

Upon the request of the defendant, AARON ADAM TRUJILLO, by and through defendant's counsel of record, George C. Boisseau, because counsel was just appointed and needs additional time to review the record to respond to the government's motion to dismiss,

The time for filing a response to the government's motion to dismiss shall be extended to from June 16, 2017 to July 17, 2017.

SO STIPULATED.

Dated: June 12, 2017

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
AARON ADAM TRUJILLO

1

IT IS SO STIPULATED.

Dated: June 12, 2017

/s/
CYNTHIA FREY
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING,

It is hereby ordered that the time for filing a response to the government's motion to dismiss shall be extended to ~~July 17, 2017~~. July 13, 2017

IT IS SO ORDERED.

Dated: June 16, 2017.

HON. WILLIAM H. ALSUP
United States District Judge
Northern District of California