Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
AARON ADAM TRUJILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-10-0605-WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISMISS |
| v. | |
| AARON ADAM TRUJILLO, | |
| Defendant. | |

Having reviewed the record of the case, upon the request of the defendant, AARON ADAM TRUJILLO, by and through defendant's counsel of record, George C. Boisseau, with the agreement of the government, because counsel needs additional time to communicate any response with the defendant who is incarcerated at FCI Butner in North Carolina,

It is requested that the time for filing a response to the government's motion to dismiss shall be extended to from July 13, 2017 to August 3, 2017.

SO STIPULATED.

Dated: July 10, 2017

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
AARON ADAM TRUJILLO

1

IT IS SO STIPULATED.

Dated: July 10, 2017

/s/
CYNTHIA FREY
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING,

It is hereby ordered that the time for filing a response to the government's motion to dismiss shall be extended to August 3, 2017.

IT IS SO ORDERED.

Dated: July 12, 2017.

HON. WILLIAM H. ALSUP
United States District Judge
Northern District of California